THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRISTON SPEARS,

        Plaintiff,

   v.

ROGER BROWN, *et al.*,

        Defendants.

CASE NO. C17-0787-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's counsel's unopposed motion for leave to withdraw as counsel. (Dkt. No. 5.) No trial date has been set. Accordingly, the Court finds that the withdrawal would have no materially adverse impact and GRANTS the motion. *See* W.D. Wash. Local Civ. R. 83.2(b). However, there is no substitute counsel at this time. Therefore, the Court DIRECTS the Clerk to update the docket with Plaintiff's address: Triston Spears, 16812 Military Road South, Seattle, WA 98188. The Court also DIRECTS the Clerk to mail a copy of this order to Plaintiff.

Additionally, in order to allow Plaintiff time to find new representation, the status conference set for August 22, 2017, is VACATED. The status conference is reset for October 24, 2017, at 9 a.m.

MINUTE ORDER C17-0787-JCC
PAGE - 1

DATED this 26th day of June 2017.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk