THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISTON SPEARS, | CASE NO. C17-0787-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROGER BROWN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On September 21, 2017, the Court denied Defendants' motion to dismiss (Dkt. No. 8) and granted Plaintiff an additional 30 days to perfect service on Defendants. (Dkt. No. 13 at 3.) Plaintiff never responded to Defendant's motion to dismiss, nor has Plaintiff filed proof of service. Based on that, the Court DIRECTS the Clerk to VACATE the status conference currently scheduled for October 24, 2017. The Court will reschedule the status conference if Plaintiff files proof of service within the previously ordered deadline. (*See* Dkt. No. 13.)

The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

//

//

MINUTE ORDER C17-0787-JCC
PAGE - 1

1       DATED this 17th day of October 2017.

2                                          William M. McCool
                                           Clerk of Court
3
                                           s/Tomas Hernandez
4                                          Deputy Clerk